UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR: 00-20202-JF |
| Plaintiff, | ) ) | ORDER OF DISMISSAL |
| v. | ) ) | |
| RAYMOND L. CLARK, | ) ) | |
| Defendant. | ) ) | |

Leave is granted to the government to dismiss the indictment as to defendant Raymond L. Clark. The indictment is hereby ordered dismissed without prejudice, and the previously issued arrest warrant is ordered withdrawn.

Date: 1/18/2017

_____
United States District Judge

NOTICE OF DISMISSAL (CR 00-20202-JF)